```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 09141
   MERCY L BROWN
                                               CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

        Debtor
  SSN XXX-XX-4451


------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
   The case was filed on 05/18/2007 and was not confirmed.

   The case was converted to chapter 7 without confirmation 01/21/2008.
------------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------------
CREDIT ACCEPTANCE         SECURED VEHIC    10777.00           .00        600.00
CREDIT ACCEPTANCE         UNSECURED        NOT FILED          .00           .00
ASSET ACCEPTANCE LLC      UNSECURED          653.06           .00           .00
CAVALRY PORTFOLIO SERVIC  UNSECURED        NOT FILED          .00           .00
CAPITAL ONE               UNSECURED         1842.60           .00           .00
CDA PONTIAC               UNSECURED        NOT FILED          .00           .00
CDA PONTIAC               UNSECURED        NOT FILED          .00           .00
CDA PONTIAC               UNSECURED        NOT FILED          .00           .00
CDA PONTIAC               UNSECURED        NOT FILED          .00           .00
CITY OF CHICAGO PARKING   UNSECURED         4940.00           .00           .00
COMPUTER CREDIT           UNSECURED        NOT FILED          .00           .00
CREDIT BUREAU OF COLUMBU  UNSECURED        NOT FILED          .00           .00
DEPENDON COLLECTION SE    UNSECURED        NOT FILED          .00           .00
DEPENDON COLLECTION SE    UNSECURED        NOT FILED          .00           .00
FORD MOTOR CREDIT CO      UNSECURED         9847.72           .00           .00
HARRIS                    UNSECURED        NOT FILED          .00           .00
HARRIS                    UNSECURED        NOT FILED          .00           .00
ILLINOIS COLLECTION SERV  UNSECURED        NOT FILED          .00           .00
JVDB ASSOC                UNSECURED        NOT FILED          .00           .00
MEDICAL COLLECTIONS SYS   UNSECURED        NOT FILED          .00           .00
MIDLAND CREDIT MANAGEMEN  UNSECURED         1486.81           .00           .00
MRC RECEIVABLES           UNSECURED        NOT FILED          .00           .00
PORTFOLIO RECOVERY ASSOC  UNSECURED          569.15           .00           .00
PREMIUM ASSET RECOVERY C  UNSECURED         2027.41           .00           .00
PREMIUM ASSET RECOVERY C  UNSECURED        NOT FILED          .00           .00
UNION AUTO SALES          UNSECURED        NOT FILED          .00           .00
ASSET ACCEPTANCE LLC      UNSECURED          314.37           .00           .00
JEFFERSON CAPITAL SYSTEM  FILED LATE           .00            .00           .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY       3,334.00                     326.20
TOM VAUGHN                TRUSTEE                                         66.19
DEBTOR REFUND             REFUND                                            .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                          RECEIPTS             DISBURSEMENTS
```

PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 09141 MERCY L BROWN

```
--------------------------------------------------------------------------------
TRUSTEE                                       992.39

PRIORITY                                                              .00
SECURED                                                            600.00
UNSECURED                                                             .00
ADMINISTRATIVE                                                     326.20
TRUSTEE COMPENSATION                                                66.19
DEBTOR REFUND                                                         .00
                                         ---------------    ---------------
TOTALS                                        992.39               992.39
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


                                                  /s/ Tom Vaughn
Dated: 04/23/08                         _____
                                                  TOM VAUGHN
                                                  CHAPTER 13 TRUSTEE